**STATE of Missouri, Respondent,**

v.

**William RAMSEY, Appellant.**

No. 47656.

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 26, 1985.

Arthur S. Margulis, Richard J. Eisen, Clayton, for appellant.

John Ashcroft, Atty. Gen., Brooks Pitchie, John Munson Morris, Asst. Attys. Gen., Jefferson City, for respondent.

DOWD, Presiding Judge.

Trial court found defendant guilty of feloniously receiving stolen property; then pursuant to § 557.011.2(3) RSMo 1978, the court suspended imposition of sentence and placed defendant on probation for two years, to remain at liberty on his existing bond.

■ Defendant seeks to appeal. The only permissible appeal in criminal cases is statutory, limited to final judgments, § 547.070. This, only after sentence has been ordered. See *State v. Murphy*, 626 S.W.2d 649[1–6] (Mo.App.1981), holding that until sentenced an accused cannot appeal. See also *State v. Harris*, 486 S.W.2d 227[1] (Mo.1972), and *State ex rel. Peach v. Tillman*, 615 S.W.2d 514[2] (Mo.App.1981).

■ Originally, this court transferred this appeal to the Supreme Court of Missouri to be considered with *State v. Lynch*, 679 S.W.2d 858 (Mo. banc 1984), which involved the same issue. However, in *Lynch* our Supreme Court reaffirmed the holding that a suspended imposition of sentence is not a final judgment for purposes of appeal. Thus, we are constrained to dismiss this appeal.

CRIST and CRANDALL, JJ., concur.